# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| Dewey Carlisle Ford **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00255 |
| | ) | 1:11-cr-00062 |
| vs. | ) | |
| | ) | |
| United States of America**,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2016 Order.

August 19, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court